## Commonwealth *v.* Barnes, Appellant.

Argued September 11, 1967. *W. William Anderson*, with him *Smith & McCleary*, for appellant; *W. Burg Anstine*, with him *Anstine & Anstine*, for Commonwealth, appellee.

Order affirmed.